■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM SCHRADER, Appellant. [801 NYS2d 528]—Judgment, Supreme Court, New York County (Rena K. Uviller, J.), rendered October 18, 2002, convicting defendant, after a jury trial, of criminal possession of a weapon in the third degree, and sentencing him, as a second felony offender, to a term of 2 to 4 years, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence. There is no basis for disturbing the jury's determinations concerning credibility (*see People v Gaimari*, 176 NY 84, 94 [1903]). Defendant's acquittal of attempted robbery in the first degree does not warrant a different conclusion (*see People v Rayam*, 94 NY2d 557 [2000]). Concur—Mazzarelli, J.P., Saxe, Sweeny, Catterson and Malone, JJ.